# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BLAKE CORMIER ET AL** | **CASE NO. 6:21-CV-03634** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SOUTHERN FIDELITY INSURANCE CO** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 32] previously filed herein, and after an independent review of the record, noting the lack of written objections, and determining that the findings are correct under the applicable law, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion for Leave to Amend Complaint [Doc. No. 31] is **GRANTED**. And after considering the joinder of LIGA as a party defendant destroys this Court's subject matter jurisdiction,

**IT IS FURTHER ORDERED** that Plaintiffs' suit is **REMANDED** to the 27th Judicial District Court for St. Landry Parish, Louisiana.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' prior Motion to Substitute Party [Doc. No. 25] is **DENIED** as moot.

MONROE, LOUISIANA, this 17th day of May, 2023.

_____
Terry A. Doughty
United States District Judge